

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-14-00330-CV

**IN THE INTEREST OF M.J.W., ET AL,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record and reporter's record were due on May 16, 2014. Neither has been filed. We therefore ORDER the trial court clerk to file the clerk's record on or before **May 29, 2014. NO EXTENSIONS WILL BE GRANTED.** We also ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **May 29, 2014**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court